UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARADIAGA-BONILLA (A-208-991-978), | No.  1:26-cv-1995 DJC CSK |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE MESA VERDE FACILITY, et al., | |
| Respondents. | |

Petitioner, an immigration detainee prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 27, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

1

(9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Given, however, that Petitioner has been detained for nearly six months, the Court declines to dismiss the Petition at this time, and will appoint counsel.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 11) are adopted in part.

2.  Respondents' motion to dismiss (ECF No. 9) is GRANTED dismissing all Respondents except the Warden of the Mesa Verde Detention Facility, the only remaining Respondent.

3.  Petitioner's motion to appoint counsel (ECF No. 3) is GRANTED.  Within seven (7) days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information gmichel@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven (7) days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel pro hac vice.  The Clerk's Office is directed to serve a copy of the petition on the Federal Defender.

4.  This matter is referred back to the assigned Magistrate Judge for all pretrial proceedings.

IT IS SO ORDERED.

Dated:   **June 12, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/mara1995.801.hc.2241.imm