UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE MARADIAGA-BONILLA (A-208-991-978),

Petitioner,

v.

WARDEN OF THE MESA VERDE FACILITY, et al.,

Respondents.

No. 1:26-cv-1995 DJC CSK

ORDER

Petitioner, an immigration detainee proceeding through appointed counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 31, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondents filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 21) are adopted in full.

2. The amended petition for writ of habeas corpus (ECF No. 18) is GRANTED.

3. Respondents are ordered to IMMEDIATELY release Jose Maradiaga-Bonilla (A-208-991-978) under the same conditions he was before his January 2026 re-detention. If Respondents have custody of Petitioner's documents (e.g., identification, passport, work permit, Social Security card, etc.), Respondents shall return those to petitioner at the time of release.

4. Respondents are enjoined and restrained from re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, compliance with the requirements for revocation of release, and any other applicable statutory and regulatory procedures.

5. The Clerk is directed to serve **Mesa Verde** with a copy of this order, and is further directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 6, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/mara26cv1995.jo.2241.imm.RELEASE